IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CR 17

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RONALD CHARLES CALDWELL | ) | |
| _____ | ) | |

This matter is before the Court *sua sponte*.

On February 14, 2020, Defendant made his initial appearance. The Government did not move for pretrial detention and Defendant was released on certain conditions. Upon additional review, it appears to the undersigned that Defendant's conditions of release should be modified.

The Bill of Indictment filed in this matter (Doc. 1) charges Defendant with violations of 18 U.S.C. § 2252A(a)(2)(A) (count 1) and 18 U.S.C. § 2252A(a)(5)(b) (count 2). Pursuant to 18 U. S. C. § 3142(c)(1)(B) and in light of count 1, Defendant's conditions of release are to require certain specified conditions, including a curfew.

Accordingly, the parties are directed to advise, by **5:00pm EDT June 25, 2020**, of any objections to the modification of Defendant's conditions of release to include those conditions required by 18 U. S. C. § 3142(c)(1)(B).

It is so ordered.

Signed: June 23, 2020

W. Carleton Metcalf
United States Magistrate Judge