IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CR 17

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RONALD CHARLES CALDWELL | ) | |
| | ) | |

This matter is before the Court for potential amendment of Defendant's conditions of release.

Neither party has objected to a change of Defendant's conditions as referenced in this Court's Order filed on June 23, 2020 (Doc. 13).

**IT IS THEREFORE ORDERED THAT:**

1. The Order Setting Conditions of Release (Doc. 5) is **MODIFIED** and **AMENDED** and the following conditions are imposed pursuant to 18 U.S.C. § 3142(c)(1)(B):

   a. Defendant shall participate in the location monitoring program of <u>Curfew</u> and shall abide by its requirements as the pretrial services officer or supervising officer instructs. Defendant is restricted to his residence every day as directed by the pretrial services office or supervising officer.

b. To the extent any additional location monitoring equipment is needed, the pretrial services office shall have up to three (3) business days to install said equipment.

2. The additional terms and conditions as set forth in the Order Setting Conditions of Release (Doc. 5) remain in place.

Signed: June 25, 2020

W. Carleton Metcalf
United States Magistrate Judge